# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MARK MORGENFRUH, | No. 4:18-CV-00021 |
|---|---|
| Plaintiff, | (Judge Brann) |
| v. | |
| LARSON DESIGN GROUP, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 19th day of September 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. The Defendant's motion for summary judgment (ECF No. 34) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendant and close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge